IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Jimmy L. Rogers, | ) |
|     Plaintiff, | ) Case No. 3:09-cv-0821 |
| | ) Judge William J. Haynes, Jr. |
| v. | ) Jury Demand |
| | ) |
| Warden Ricky Bell, et al. | ) |
|     Defendants. | ) |

*[Handwritten order: Upon review of the file and Plaintiff's response, this motion is DENIED. The parties have 45 days to complete discovery and 30 days thereafter to file any dispositive motion. /s/ WJH 5-26-11]*

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE

Defendants, Commissioner Gayle Ray, Warden Ricky Bell, Rhonda Abele, Corporal Robert Mosely and Vicki Hall, hereby move for dismissal of the instant case for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Dismissal is appropriate because the plaintiff has failed to prosecute this case.

Federal Rule of Civil Procedure 41(b) provides for dismissal of cases in which the plaintiff fails to prosecute his case or comply with a court order. In this case, the plaintiff has not taken any material action to move this case to disposition since his Motion for Declaration for Entry of Default was filed on November 5, 2009. (D.E. 29). The plaintiff did send a letter to the Court on

1