UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JIMMY L. ROGERS | ] | |
|---|---|---|
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 3:09-0821 |
| | ] | JUDGE HAYNES |
| WARDEN RICKY BELL, et al. | ] | |
| Defendants. | ] | |

## ORDER

Before the Court is Plaintiff's motion for scheduling Order (Docket Entry No. 71) and motion for an order compelling discovery (Docket Entry No. 72).

Plaintiff states that he did not receive a copy of the Scheduling Order and asks the Court to forward him one. Plaintiff's Motion is **GRANTED**. The Clerk shall send the Plaintiff a copy of Docket Entry No. 53.

Plaintiff's second motion asserts that the defendants have neglected to produce certain documents that he requested during discovery. Plaintiff, however, does not identify the documents nor shown that those documents are relevant to this action. Accordingly, Plaintiff's Motion for an Order Compelling Discovery is **DENIED without prejudice**

It is so **ORDERED**.

ENTERED this the 6th day of September, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge